Corey Anderson M43845
Stateville NRC P.o.Box 112
Joliet IL 60434

This correspondence is from
an inmate of the IDOC



U.S. POSTAGE >> PITNEY BOWES

ZIP 60403 $ 001.40°
02 1W
0001394077 MAR 14 2015

Prisoner Correspondent, United States District court

219 S Dearborn Street

Chicago IL 60604

15c 2351
Judge Sara L. Ellis
Magistrate Judge  Jeffrey T. Gilbert
PC 1

RECEIVED

MAR 1 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal Mail

Legal Mail